UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

2007 MAR 16 AM 11: 38

CLARE[...]
CLERK U.S. DIST. CT.
S.D. OF FL. - MIAMI

CASE NO.: **07-20697**

**CIV - COOKE**

**MAGISTRATE JUDGE BROWN**

EDDIE PEREZ, as father, natural
guardian and next friend of CHRISTIAN
PEREZ, a minor

    Plaintiffs,

vs.

CARNIVAL CORPORATION, a
Panamanian corporation d/b/a
"CARNIVAL CRUISE LINE" and/or
"CARNIVAL,"

    Defendant.

_____/

## COMPLAINT FOR DAMAGES

The Plaintiffs, EDDIE PEREZ, and his minor son, CHRISTIAN PEREZ, (hereinafter referred to as "Plaintiffs"), by and through their undersigned counsel, sue the Defendant CARNIVAL CORPORATION, a Panamanian corporation d/b/a "CARNIVAL CRUISE LINE" and/or "CARNIVAL" [hereinafter collectively "CARNIVAL"], and allege:

### GENERAL ALLEGATIONS

1. This is an action for damages in excess of the sum of Seventy-Five Thousand ($75,000) Dollars and maritime jurisdiction of this claim is founded upon 28 U.S.C.A §1332(a)(diversity of citizenship).

2. Plaintiffs, EDDIE PEREZ and his minor son, CHRISTIAN PEREZ, are

U.S. citizens who reside and are domiciled in the State of Florida. Plaintiff, EDDIE PEREZ, brings this action individually and for his minor son, CHRISTIAN PEREZ, as his father, natural guardian and next friend.

3. Defendant CARNIVAL is a Panamanian corporation which does business as "CARNIVAL CRUISE LINES" and/or "CARNIVAL", and has its principal place of business in Miami-Dade County, Florida.

4. Defendant CARNIVAL, at all relevant times, owned and operated the cruise ship *M/S Carnival Fascination.*

5. On or about May 29, 2006, and at all other relevant times, the Plaintiffs were fare-paying passengers aboard the subject vessel pursuant to the terms of Carnival's form ticket.

6. The Defendant CARNIVAL, at all relevant times, owed the minor Plaintiff, CHRISTIAN PEREZ, as a fare-paying passenger, a duty to exercise reasonable care under the circumstances for his safety.

7. Defendant CARNIVAL, at all relevant times, breached its duty to exercise reasonable care under the circumstances, by failing to adequately supervise the minor children, including the Plaintiff, attending the ship's "Camp Carnival" during an evening function known as a "Coke-Tail Party", which is controlled by Carnival; and by specifically holding the "Coke-tail Party" in the "Puttin on the Ritz Lounge" one of the ship's adult disco lounges, where the children were encouraged to dance and were allowed to run around freely on and around the poorly lit dance floor during which time the minor plaintiff ran directly into a low hung extended granite or marble bar counter within the lounge which is designed for and usually used by adults, striking his forehead

causing severe injuries, as more fully described hereinafter.

8. Defendant CARNIVAL and/or its employees at all material times hereto created a hazardous and dangerous condition within the disco lounge allowing inadequately supervised youngsters to run around in a poorly lit lounge intended for adults and at all relevant times therefore had a duty to exercise reasonable care under the circumstances in these undertakings.

9. As a direct and proximate result of the above described negligence of Defendant CARNIVAL, the minor Plaintiff, on or about May 29, 2006, was injured in and about his body and extremities, suffered pain therefrom, incurred medical expenses in the treatment of the injuries, and suffered physical handicap; the injuries are either permanent or continuing in nature and the Plaintiffs' parents have incurred and will incur expenses for the care and treatment of their son.

10. All conditions precedent to the maintenance of this lawsuit have been met by the Plaintiff.

WHEREFORE the Plaintiffs demand judgment for damages against Defendant CARNIVAL and demand a trial by jury.

Dated this 15th day of March, 2007.

ROBERT L. GARDANA, P.A
Attorneys for Plaintiff
10281 SW 72ND Street # 106
Miami, FL 33173
Phone : 305-358-0000
Fax   : 305-358-1680
Rgardana@aol.com

By:_____
Robert L. Gardana, Esq.
FL Bar No. 279668

JS 44 (Rev. 11/05)

# CIVIL COVER SHEET

**07-20697**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**CIV-COOKE**

### I. (a) PLAINTIFFS
EDDIE PEREZ, as father, natural guardian & next friend of CHRISTIAN PEREZ, a minor

### DEFENDANTS
CARNIVAL CORPORATION, a Panamanian corp., d/b/a "CARNIVAL CRUISE LINES" and/or CARNIVAL

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant **Miami-Dade**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Robert L. Gardana, Esq.   305-358-0000
Robert L. Gardana, P.A.
10281 SW 72 Street, #106
Miami, FL

Attorneys (If Known)

**MAGISTRATE JUDGE BROWN**

(d) Check County Where Action Arose: ☒ MIAMI-DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

DADE-07-20697-CV-COOKE-BROWN

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☒ 340 Marine | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | **PERSONAL PROPERTY** | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☒ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S). (See instructions second page):

a) Re-filed Case ☐ YES ☒ NO    b) Related Cases ☐ YES ☒ NO
JUDGE                          DOCKET NUMBER

## VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity): 28 USCA 1332(a) diversity of citizenship

LENGTH OF TRIAL via **5** days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD
ROBERT L. GARDANA, ESQ.

DATE March 15, 2007

FOR OFFICE USE ONLY
AMOUNT $350.00   RECEIPT # 956659

03/16/07